RECEIVED
MAR 17 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Danielle Rogers
5957 2nd Ave S

Plaintiff(s),

vs.

Donald J Trump
Elon Musk
FBI / CIA

Defendant(s).

Case No. 25-cv-1014-JRT/DJF
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☒

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name  Danielle Rogers

    Street Address  5957 2nd Ave S

    County, City  Hennepin, Minneapolis

    State & Zip Code  MN 55419

    Telephone Number  9703339750

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name  Cyberstalkers, Donald Trump

   Street Address  Pennsylvania Ave

   County, City  Washington, DC

   State & Zip Code

   b. Defendant No. 2

   Name  Elon Musk

   Street Address  Tesla

   County, City

   State & Zip Code

   c. Defendant No. 3

   Name  FBI | CIA

   Street Address  Ronald Reagan Building

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:** ☑ attachment to follow
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    Civil
    Criminal
    Property
    Doxing - Illinois

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Danrelle Rogers    State of Citizenship: Minnesota

    Defendant No. 1: Trump    State of Citizenship: Florida? DC? NY?

    Defendant No. 2: Musk    State of Citizenship: ? California

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.
    Check here if additional sheets of paper are attached.** [✓]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [ ] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota
    [✓] Other: explain

    Occured globally

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I've been the victim of MW & DC operatives since 1994 Minnesota, DC Cyberstalking/Doxing began in 2010 in Minnesota

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

$100 Billion

Signed this ___   day of _____ ____

Signature of Plaintiff _____

Mailing Address
5957 2nd Ave S
Minneapolis, MN 55419

Telephone Number
910 333-9750

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5